IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTOPHER LOWE HICKLIN DC PLC d/b/a Clark Road Chiropractic, a Florida limited liability company, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) Civil Action No.: 8:18-cv-01890-SDM-CPT |
| Plaintiff, | ) **CLASS ACTION** |
| v. | ) |
| ARP WAVE, LLC, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, CHRISTOPHER LOWE HICKLIN DC PLC, hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. The parties anticipate filing a Stipulation of Dismissal with Prejudice once the settlement has been finalized, within the next thirty (30) days.

        Respectfully submitted,

        CHRISTOPHER LOWE HICKLIN DC PLC,
        individually and as the representative of a class of
        similarly-situated persons

        s/ Ryan M. Kelly
        Ryan M. Kelly – FL Bar No.: 90110
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL  60008
        Telephone: 847-368-1500
        rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

    /s/ Ryan M. Kelly