UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER LOWE
HICKLIN DC PLC,

      Plaintiff,

v.                                                    CASE NO. 8:18-cv-1890-T-23CPT

ARP WAVE, LLC,

      Defendant.

_____/

## **ORDER**

The plaintiff announces (Doc. 23) a settlement of this action.  Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause.  The clerk is directed to close the case.

ORDERED in Tampa, Florida, on February 19, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE