# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPHER LOWE HICKLIN DC PLC d/b/a Clark Road Chiropractic, a Florida limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>                  Plaintiff,<br>v.<br><br>ARP WAVE, LLC,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No.: 8:18-cv-01890-SDM-CPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, CHRISTOPHER LOWE HICKLIN DC PLC, and Defendant, ARP WAVE, LLC, through their undersigned attorneys, hereby dismiss this action with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs.

                                              Respectfully submitted,

                                              /s/ Ray M. Kelly
                                              Ryan M. Kelly – FL Bar No. 90110
                                              ANDERSON + WANCA
                                              3701 Algonquin Road, Suite 500
                                              Rolling Meadows, IL  60008
                                              rkelly@andersonwanca.com

                                              *Counsel for Plaintiff*

                                              /s/ Boris Parker (with permission)
                                              Boris Parker (*pro hac vice admitted*)
                                              PARKER & WENNER, P.A.
                                              100 South 5^(TH) Street
                                              2100 Fifth Street Towers
                                              Minneapolis, MN  55402
                                              boris@parkerwenner.com

s/ Dennis P. Waggoner (with permission)
Dennis P. Waggoner – FL Bar No. 509426
HILL WARD HENDERSON
101 E. Kennedy Blvd., Suite 3700
Tampa, FL  33602
dennis.waggoner@hwhlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly
